IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| DORETHA BRINKLEY, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 2:11-cv-00207-SWW |
| | * |
| | * |
| CITY OF HELENA-WEST HELENA, | * |
| ARKANSAS and ARNELL WILLIS or | * |
| JAMES VALLEY, Individually and in their | * |
| Official Capacity as MAYOR and as Former | * |
| MAYOR OF HELENA-WEST HELENA, | * |
| MIKE HALL, in his Individual and Official | * |
| Capacity as a police officer for the CITY OF | * |
| HELENA-WEST HELENA, ARKANSAS, | * |
| | * |
| Defendants. | * |

ORDER

The motion [doc.#25] of Plaintiff Doretha Brinkley for admission of attorney Drayton D. Berkley *pro hac vice* is hereby granted.

IT IS SO ORDERED this 28th day of June 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE