IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| DORETHA BRINKLEY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:11-cv-00207-SWW |
| | * | |
| | * | |
| CITY OF HELENA-WEST HELENA, | * | |
| ARKANSAS and ARNELL WILLIS or | * | |
| JAMES VALLEY, Individually and in their | * | |
| Official Capacity as MAYOR and as Former | * | |
| MAYOR OF HELENA-WEST HELENA, | * | |
| MIKE HALL, in his Individual and Official | * | |
| Capacity as a police officer for the CITY OF | * | |
| HELENA-WEST HELENA, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#40] of Defendants Mike Hall, James Valley, Arnell Willis, and City of Helena-West Helena, Arkansas, each in their individual and official capacities, to substitute Mary Robin Casteel for Chalk S. Mitchell as attorney of record in this case for the above named Defendants is hereby granted. Future service and correspondence is to be directed to Mary Robin Casteel and not to Chalk S. Mitchell.

IT IS SO ORDERED this 5th day of September 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE